UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PFG AspenWalk, LLC, | : | Chapter 11 |
| | : | Case No. 10-47089 |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bank of America, N. A. by its attorneys, Miller, Canfield,

Paddock and Stone, P.L.C., appears in this matter in accordance with 11 U.S.C. § 1109(b) and

Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and

Bankruptcy Rules 2002 and 9007, that Marc N. Swanson be placed on the mailing matrix filed

by the Debtor in this case, and that copies of all pleadings and other papers, including, without

limitation, all notices, motions, applications, objections, responses, lists, schedules, statements,

and all other matters arising in this case, be served upon him, at the address set forth below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of

any application, motion, petition, pleadings, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, overnight

delivery, telephone, email or otherwise, or made with regard to the referenced case or any

proceedings therein.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, PLC

By: /s/ Marc N. Swanson
   Marc N. Swanson, Esq. (P71149)
Attorneys for Bank of America, N. A.
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com


Dated: September 27, 2010


## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, I filed the foregoing *Notice of Appearance and Demand for Notices and Service of Papers* with the Court's CM/ECF System which will electronically serve the document on all registered participants in this matter.

By: /s/ Marc N. Swanson
   Marc N. Swanson, Esq.
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com


Dated: September 27, 2010


18,407,576.1\DEPT-BKPY