UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

PFG ASPENWALK, LLC,

        Debtor.

Chapter 11
Case No. 10-47089-RJK

**INTERIM ORDER (I) AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING, AND (II) APPROVING THE DEBTOR-IN-POSSESSION LOAN THAT INCLUDES THE GRANT OF A SENIOR LIEN UNDER 11 U.S.C. § 364(d)**

The debtor's motion for (i) expedited relief, and (ii) an interim order authorizing the debtor to obtain debtor-in-possession financing is before the court.

Based on the motion, stipulation by and among the debtor and Bank of America, N.A. (docket no. 16),

**IT IS ORDERED:**

1. The debtor's motion for expedited and interim relief is granted to the extent set forth in this order.

2. All objections to the motion for expedited and interim relief are overruled.

3. The stipulation between the debtor and Bank of America, N.A. is approved.

4. The debtor is authorized, on an interim basis, to obtain debtor-in-possession financing from the debtor-in-possession lender and to grant the debtor-in-possession lender a senior lien on the development property pursuant to 11 U.S.C. § 364(d) in accordance with the stipulation.

5. The debtor is authorized to draw $132,000.00 under the debtor-in-possession loan in accordance with the stipulation.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/29/2010*
Lori Vosejpka, Clerk, by LMH

6. For purposes of adequate protection pursuant to 11 U.S.C. § 364(d), The debtor may grant Bank of America, N.A replacement liens in the debtor's post-petition assets of the same type and nature as are subject to the pre-petition liens of Bank of America, N.A. Except for the priming lien on the development property granted to the debtor-in-possession lender, such liens shall have the same priority, dignity and effect as pre-petition liens on the pre-petition property of the debtor.

7. The replacement lien granted by the debtor shall be deemed properly perfected without further act or deed on the part of the debtor or Bank of America, N.A.

8. Bank of America, N.A. is deemed to be adequately protected with respect to its collateral.

Dated: September 29, 2010

/e/ Robert J. Kressel
Robert J. Kressel,
United States Bankruptcy Judge