## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Case No. 10-47089-RJK

PFG ASPENWALK, LLC,  Chapter 11

      Debtor.

_____

### ORDER (A) AUTHORIZING DEBTOR-IN-POSSESSION FINANCING AND (B) APPROVING A DEBTOR-IN-POSSESSION LOAN THAT INCLUDES THE GRANT OF A SENIOR LIEN UNDER 11 U.S.C. § 364(D)

Pursuant to the stipulation between the debtor and Bank of America, N.A. filed on October 8, 2010,

**IT IS ORDERED:**

The stipulation between the debtor and Bank of America, N.A. filed on October 8, 2010, is approved.

Dated:  October 12, 2010

                                              /e/ Robert J. Kressel
                                              Robert J. Kressel
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **10/12/2010**
Lori Vosejpka, Clerk, by LMH