UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

PFG AspenWalk, LLC,

          Debtor.

Chapter 11

Case No. 10-47089-RJK

NOTICE OF CONTINUED HEARING

TO: THE PARTIES IN INTEREST AS SPECIFIED IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

1. PFG AspenWalk, LLC (the "Debtor") gives notice of a continued hearing regarding the Debtor's Motion for (I) Expedited Relief, (II) Interim and Final Orders Authorizing Debtor to Obtain Debtor-in-Possession Financing and Approving the Debtor-in-Possession Loan That Includes the Grant of a Senior Lien Under 11 U.S.C. § 364(d) and Provide Adequate Protection ("Motion"). (Docket No. 5.)

2. The final hearing on the Motion has been continued and will be held on November 17, 2010 at 9:00 a.m. before the Honorable Judge Robert J. Kressel, in Courtroom 8W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Objections to the Motion must be filed on or before November 12, 2010.

Dated: November 5, 2010

*/e/ Lara O. Glaesman*
Robert T. Kugler (#0194116)
Lara O. Glaesman (#0316866)
Adam D. Maier (#0386870)
**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR THE DEBTOR**

1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

PFG AspenWalk, LLC,

          Debtor.

Chapter 11

Case No. 10-47089 (RJK)

## CERTIFICATE OF SERVICE

I, Aong Moua, declare, under penalty of perjury, that on November 5, 2010, I filed:

**NOTICE OF CONTINUED HEARING**

with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

> **William Fisher;** william.fisher@gpmlaw.com
> **Timothy A. Fusco;** fusco@millercanfield.com
> **Marc N Swanson;** swansonm@millercanfield.com
> **Michael Fadlovich**; michael.fadlovich@usdoj.gov
> **US Trustee**; ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by First Class Mail on the following parties:

| | |
|---|---|
| AMANDA SCHMITT<br>404 PARK AVENUE #1<br>ASPEN CO 81611 | BANK OF AMERICA, N.A.<br>ATTN: RICHARD L. CARTER<br>2990 LAVA RIDGE CT, SUITE 120<br>ROSEVILLE CA 95661 |
| ASPEN CUSTOM GLASS<br>601 RIO GRANDE PLACE, STE 119A<br>ASPEN CO 81611 | BRITTANY BUFFALINO<br>404 PARK AVENUE #1<br>ASPEN CO 81611 |
| ASPEN PITKIN HOUSING AUTHORITY<br>ATTN: TOM MCCABE, EXEC. DIR.<br>530 EAST MAIN STREET<br>ASPEN CO 81611 | CAMERON LEONARD<br>404 PARK AVENUE #9<br>ASPEN CO 81611 |

CITY OF ASPEN
130 SOUTH GALENA STREET
ASPEN CO 81611

CLAYTON DAY
404 PARK AVENUE #2
ASPEN CO 81611

HOLY CROSS ENERGY
P.O. BOX 2150
3799 HWY 82
GLENWOOD SPRINGS CO 81602

INTEGRITY PLUMBING AND HEATING
218 CODY LANE
BASALT CO 81621

JOAQUINN TARANGO
404 PARK AVENUE #5
ASPEN CO 81611

JONATHAN RIVERS
404 PARK AVENUE #3
ASPEN CO 81611

JULIE COOK
404 PARK AVENUE #0
ASPEN CO 81611

LAURENCE MONJI
404 PARK AVENUE #6A
ASPEN CO 81611

LINDSAY FORSTER
404 PARK AVENUE #3
ASPEN CO 81611

MANUEL CORRIPIO NORIEGA
PO BOX 2565
ASPEN CO 81612

REBECCA POLAN
404 PARK AVENUE #1
ASPEN CO 81611

ROSA GONGORA
404 PARK AVENUE #10
ASPEN CO 81611

SHAUN HEALY
404 PARK AVENUE #12
ASPEN CO 81611

SHERIDAN REAL ESTATE, LLC
ATTN: MARY ELLEN SHERIDAN
P.O. BOX 7757
ASPEN CO 81612

SOPRIS CONSULTING GROUP, LLC
ATTN: PAUL LOTZER
5400 NORWOOD LANE
PLYMOUTH MN 55442

STAN CLAUSON ASSOCIATES, INC
ATTN: STAN CLAUSON
412 N MILL STREET
ASPEN CO 81611

TERMINIX
2907 D 1/2 ROAD
GRAND JUNCTION CO 81504

WASTE MANAGEMENT-CARBONDALE
PO BOX 78251
PHOENIX AZ 85062

IRS
CINCINNATI, OH 45999-0025

UNITED STATES ATTORNEY
600 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

IRS DISTRICT COUNSEL
650 GALTIER PLAZA
380 JACKSON STREET
SAINT PAUL, MN 55101

| | |
|---|---|
| MINNESOTA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64447<br>SAINT PAUL, MN  55164-00447 | SOURCE GAS DISTRIBUTION LLC<br>P.O. BOX 13288<br>FAYETTEVILLE, AR 72703 |
| INTERNAL REVENUE SERVICE<br>STOP 5700<br>30 EAST SEVENTH STREET, #1222<br>SAINT PAUL, MN  55101-4940 | HONEYCOMB INTERNET SERVICES LL<br>77 13TH AVE. NE SUITE 210<br>MINNEAPOLIS, MN 55413 |
| Dated:  November 5, 2010 | */e/ Aong Moua*<br>Aong Moua |