```
                  UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF MINNESOTA
```

In re:

PFG AspenWalk, LLC,                    ORDER FOR STATUS CONFERENCE

        Debtor.                BKY 10-47089

At Minneapolis, Minnesota, November 10, 2010.

       IT IS ORDERED:

      1. A status conference will be held in courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on November 24, 2010, at 9:30 a.m.

      2. At the status conference, the court shall issue orders prescribing such limitations and conditions as the court deems appropriate to ensure that this case is handled expeditiously and economically, including:

        a. setting a deadline for assuming or rejecting executory contracts or unexpired leases and

        b. setting a date by which a plan and disclosure statement must be filed.

      3. The debtor, the debtor's attorney, the attorney, if any, for the Creditors' Committee, and a representative of the United States Trustee, shall attend the status conference. Other parties in interest and their attorneys are welcome to attend.

                          /e/ Robert J. Kressel
                          ROBERT J. KRESSEL
                          UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/10/2010*
Lori Vosejpka, Clerk, by LMH