# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

PFG ASPENWALK, LLC,

          Debtor.

Chapter 11
Case No. 10-47089-RJK

### ORDER APPROVING STIPULATION BY
### BANK OF AMERICA AND THE DEBTOR REGARDING
### THE DEBTOR'S USE OF CASH COLLATERAL
### UNDER 11 U.S.C. §§ 361, 362 and 363(e)

Based on the stipulation by and between the debtor and Bank of America, N.A.,

**IT IS ORDERED:**

1. The stipulation between the debtor and Bank of America, N.A. is approved.

2. The debtor is authorized to use Bank of America, N.A.'s cash collateral, which consists of rents, revenues, issues, profits, proceeds, receipts, income, accounts and other receivables arising out of or from the debtor's property, in accordance with the stipulation.

3. The debtor shall issue reports to Bank of America, N.A., documenting its expenditures, in accordance with the stipulation.

4. For purposes of adequate protection regarding the use of cash collateral pursuant to 11 U.S.C. §§ 361, 362 and 363(e), the debtor may grant Bank of America, N.A replacement liens in all of the debtor's post-petition assets. Except for the priming lien on the property, project, and rents granted to the debtor-in-possession lender, such liens shall have the same priority, dignity and effect as pre-petition liens on the pre-petition property of the debtor.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/15/2010*
Lori Vosejpka, Clerk, by LMH

7278710v1

5. The replacement liens granted by the debtor shall be deemed properly perfected without further act or deed on the part of the debtor or Bank of America, N.A.

6. Bank of America, N.A. is deemed to be adequately protected with respect to its collateral.

Dated: December 15, 2010

/e/ Robert J. Kressel

Robert J. Kressel,
United States Bankruptcy Judge

18,590,251.2\005710-00153