# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In the Matter of:

PFG ASPENWALK, LLC,

                    Debtor.

_____/

Case No. 10-47089-RJK

Chapter 11

Honorable Robert J. Kressel

---

**STIPULATION BY AND AMONG BANK OF AMERICA, N.A. AND THE DEBTOR RESOLVING BANK OF AMERICA, N.A.'S MOTION FOR DETERMINATION THAT PFG ASPENWALK, LLC'S BANKRUPTCY CASE IS A SINGLE ASSET REAL ESTATE CASE PURSUANT TO BANKRUPTCY CODE SECTION 101(51)(B)**

On this 4th day of January, 2011, Bank of America, N.A. ("Bank of America") and the Debtor, stipulate and agree as follows:

### RECITALS

WHEREAS, on November 24, 2010, this Court entered an order providing, among other things, that the Debtor shall file a plan and a proposed disclosure statement no later than May 31, 2011 ("Order Setting Deadlines") [Doc. No. 41];

WHEREAS, on December 14, 2010, Bank of America filed its Motion for Determination that the Debtor's Bankruptcy Case is a Single Asset Real Estate Case Pursuant to Bankruptcy Code Section 101(51)(B) ("Motion") [Doc. No. 44];

WHEREAS, on December 30, 2010, the Debtor filed its Memorandum in Opposition to the Motion [Doc. No. 50]; and

WHEREAS, the Motion is scheduled to be heard by this Court on January 5, 2011.

NOW, THEREFORE, in consideration of the foregoing, Bank of America and the Debtor, agree and stipulate, subject to Bankruptcy Court approval, as follows:

1.     The Debtor's bankruptcy case is a "single asset real estate" case as that term is defined in Bankruptcy Code § 101(51)(B).

2.     The Debtor is subject to Bankruptcy § 362(d)(3).

3.     Paragraph 1 of the Order Setting Deadlines is deleted in its entirety and replaced by the following language: "The debtor shall file a plan and a proposed disclosure statement no later than March 15, 2011."

4.     Paragraph 4 of the Order Setting Deadlines is deleted in its entirety and replaced by the following language: "The debtor shall obtain confirmation of a plan no later than August 1, 2011."

5.     The Debtor shall have the exclusive right to file a plan and a proposed disclosure statement until March 15, 2011.

6.     This Stipulation constitutes the entire understanding between the Debtor and Bank of America. Neither Bank of America nor the Debtor has made any other promises to or agreement with the other party other than those contained in this Stipulation.  No wavier or modification of any term or condition contained herein shall be valid or binding unless in writing and executed by Bank of America and the Debtor.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

By:

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


By: _Timothy A. Fusco_
Timothy A. Fusco (P13768)
Marc N. Swanson (P71149)
Ronald A. Spinner (P73198)
Attorneys for Secured Creditor Bank of America, N.A.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
fusco@millercanfield.com

By:

LEONARD, STREET AND DEINARD


By: _/e/Robert T. Kugler_
Robert T. Kugler (#0194116)
Lara O. Glaesman (#0316866)
Attorneys for PFG Aspenwalk, LLC
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

| | |
|---|---|
| In the Matter of: | Case No. 10-47089-RJK |
| PFG ASPENWALK, LLC, | Chapter 11 |
| Debtor. | Honorable Robert J. Kressel |
| _____/ | |

**ORDER APPROVING STIPULATION BY AND AMONG BANK OF AMERICA, N.A. AND THE DEBTOR RESOLVING BANK OF AMERICA, N.A.'S MOTION FOR DETERMINATION THAT PFG ASPENWALK, LLC'S BANKRUPTCY CASE IS A SINGLE ASSET REAL ESTATE CASE PURSUANT TO BANKRUPTCY CODE SECTION 101(51)(B)**

Based on the stipulation by and between the debtor and Bank of America, N.A., dated January 4, 2011,

**IT IS ORDERED:**

1.      The stipulation between the debtor and Bank of America, N.A. is approved.

2.      The debtor's bankruptcy case is a "single asset real estate" case as that term is defined in Bankruptcy Code § 101(51)(B).

3.      The debtor is subject to Bankruptcy § 362(d)(3).

4.      Paragraph 1 of the order setting deadlines, dated November 24, 2010, is deleted in its entirety and replaced by the following language: "The debtor shall file a plan and a proposed disclosure statement no later than March 15, 2011."

5.      Paragraph 4 of the order setting deadlines, dated November 24, 2010, is deleted in its entirety and replaced by the following language: "The debtor shall obtain confirmation of a plan no later than August 1, 2011."

6.      The debtor shall have the exclusive right to file a plan and a proposed disclosure statement until March 15, 2011.


Dated:


_____
Robert J. Kressel,
United States Bankruptcy Judge