# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

PFG ASPENWALK, LLC,

Chapter 11
Case No. 10-47089-RJK

Debtor.

## ORDER AUTHORIZING DEBTOR
## TO OBTAIN DEBTOR-IN-POSSESSION FINANCING

Upon consideration of the debtor's motion for an order authorizing the debtor to obtain debtor-in-possession financing,

**IT IS ORDERED:**

The debtor is authorized to draw $369,750 under the debtor-in-possession loan as provided in the debtor's motion.

Dated: June 15, 2011

/e/ Robert J. Kressel
Robert J. Kressel,
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/15/2011*
Lori Vosejpka, Clerk, by LMH

7736400v2