| | |
|---|---|
| **DEBTOR:** PFG AspenWalk, LLC | **MONTHLY OPERATING REPORT** |
| | **CHAPTER 11** |
| **CASE NUMBER:** 10-47089 | |

## Form 2-A
## COVER SHEET

For Period Ending 5/31/11

**Accounting Method:** [X] Accrual Basis     [ ] Cash Basis

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 6.15.11    **Print Name:** Tom Salmen

**Signature:** Tom Sal

**Title:** VP Finance

Rev. 01/01/08

**DEBTOR:** PFG AspenWalk, LLC      **CASE NO:** 10-47089

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/2011 to 5/31/2011

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 93,877.41 (1) | $ 0.00 (1) |
| 2. Cash Receipts | | |
|    Operations | 10,275.00 | 111,542.08 |
|    Sale of Assets | 0.00 | 0.00 |
|    Loans/advances | 0.00 | 785,280.00 |
|    Other | 0.00 | 0.00 |
|    Total Cash Receipts | $ 10,275.00 | $ 896,822.08 |
| 3. Cash Disbursements | | |
|    Operations | 32,473.76 | 507,799.17 |
|    Debt Service/Secured loan payment | 0.00 | 0.00 |
|    Professional fees/U.S. Trustee fees | 0.00 | 257,344.26 |
|    Other (DIP loan fees) | 0.00 | 60,000.00 |
|    Total Cash Disbursements | $ 32,473.76 | $ 825,143.43 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -22,198.76 | 71,678.65 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 71,678.65 (2) | $ 71,678.65 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0.00 |
| DIP Operating Account | Crown Bank, Edina, MN | 71,678.65 |
| DIP State Tax Account | | 0.00 |
| DIP Payroll Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Interest-bearing Account | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 71,678.65 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*    Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** PFG AspenWalk, LLC      **CASE NO:** 10-47089

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/11 to 5/31/11

**CASH RECEIPTS DETAIL**      **Account No:** 1115682
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 5/11/11 | Rebecca Polan | Unit #1 | 1,800.00 |
| 5/11/11 | | Unit #2 | |
| 5/11/11 | Clarisa Rudroff | unit #3 | 650.00 |
| 5/11/11 | E A Cluley | Unit 4 | 584.00 |
| 5/11/11 | Gavin Merlino | Unit 4 | 583.00 |
| 5/11/11 | Mary Kelley Kearney | Unit 4 | 583.00 |
| 5/11/11 | | UNIT #5 | |
| 5/11/11 | | Unit #6 | |
| 5/11/11 | | **Unit #7** | |
| 5/11/11 | | Unit #8 | |
| 5/11/11 | CAMERON M LEONARD | Unit #9 | 1,650.00 |
| 5/11/11 | Michael Falco | Unit #10 | 800.00 |
| 5/11/11 | MANUEL CORRIPIO NORIEGA | Unit #11 | 1,100.00 |
| 5/11/11 | SHAUN PATRICK HEALY | Unit #12 | 1,200.00 |
| 5/11/11 | LAURENCE R MONJI | UNIT #6A | 500.00 |
| 5/11/11 | Allen Ward / Julie Cook | Unit #0 | 825.00 |
| | | **Total Cash Receipts** $ | 10,275.00 (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** PFG AspenWalk, LLC  **CASE NO:** 10-47089

# Form 2-B
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 5/1/11 to 5/31/11

**CASH DISBURSEMENTS DETAIL**  **Account No:** 1115682
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 5/3/2011 | 1118 | Sheridan Real Estate | May Mgmt Fee / Exp. Reimb. | $ 4,121.45 |
| 5/16/2011 | 1119 | Waste Management | Waste/Garbage Removal | $ 349.64 |
| 5/16/2011 | 1120 | Holy Cross Energy | Electricity | $ 1,321.33 |
| 5/16/2011 | 1121 | City of Aspen Utilities | Waste/Water | $ 193.44 |
| 5/16/2011 | 1122 | Integrity Plumbing & Heating | Plumbing | $ 1,213.93 |
| 5/16/2011 | 1123 | Postnet | PO Box rental | $ 120.00 |
| 5/16/2011 | 1124 | Kenilworth Advisors | Exp Reimb (Travel/Postage) | $ 1,405.97 |
| 5/16/2011 | 1125 | Stan Clausen Associates | Planning Consultant | $ 10,152.15 |
| 5/16/2011 | 1126 | Aspen Pitkin Co Housig Auth. | Reimb of legal expenses | $ 6,668.50 |
| 5/16/2011 | 1127 | Garfield & Hecht | APCHA Agmt legal | $ 6,927.35 |

**Total Cash Disbursements** $ 32,473.76 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

**DEBTOR:** PFG AspenWalk, LLC  **CASE NO:** 10-47089

Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 5/31/2011

| | | Current Month | | Petition Date (1) |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 71,678.65 | $ | 0.00 |
| Accounts Receivable (from Form 2-E) | | 0.00 | | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 4,580.00 | | 4,580.00 |
| Inventory | | 0.00 | | 0.00 |
| Other Current Assets :(List) | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| Total Current Assets | $ | 76,258.65 | $ | 4,580.00 |
| Fixed Assets: | | | | |
| Land | $ | 6,000,000.00 | $ | 6,000,000.00 |
| Building | | 300,000.00 | | 300,000.00 |
| Equipment, Furniture and Fixtures | | 0.00 | | 0.00 |
| Total Fixed Assets | | 6,300,000.00 | | 6,300,000.00 |
| Less: Accumulated Depreciation | ( | 0.00 ) ( | | 0.00 ) |
| Net Fixed Assets | $ | 6,300,000.00 | $ | 6,300,000.00 |
| Other Assets (List): | | 5,700,000.00 | | 5,700,000.00 |
| | | 0.00 | | 0.00 |
| **TOTAL ASSETS** | $ | 12,076,258.65 | $ | 12,004,580.00 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0.00 | $ | 0.00 |
| Post-petition Accrued Professional Fees (from Form 2-E) | | 0.00 | | 0.00 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | | 0.00 |
| Post-petition Notes Payable | | 828,334.43 | | 0.00 |
| Other Post-petition Payable(List): | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| Total Post Petition Liabilities | $ | 828,334.43 | $ | 0.00 |
| Pre Petition Liabilities: | | | | |
| Secured Debt (per Disclosure Statement) | | 7,192,191.95 | | 6,408,373.93 |
| Priority Debt | | 18,750.00 | | 16,025.00 |
| Unsecured Debt (per Disclosure Statement) | | 170,915.97 | | 1,111,209.93 |
| Total Pre Petition Liabilities | $ | 7,381,857.92 | $ | 7,535,608.86 |
| **TOTAL LIABILITIES** | $ | 8,210,192.35 | $ | 7,535,608.86 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 4,638,494.52 | $ | 4,468,971.14 |
| Retained Earnings - Prepetition | | 0.00 | | 0.00 |
| Retained Earnings - Post-petition | | -772,428.22 | | 0.00 |
| **TOTAL OWNERS' EQUITY** | $ | 3,866,066.30 | $ | 4,468,971.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 12,076,258.65 | $ | 12,004,580.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

**DEBTOR:** PFG AspenWalk, LLC      **CASE NO:** 10-47089

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 5/1/11 **to** 5/31/11

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 10,275.00 | $ 111,542.08 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 10,275.00 | $ 111,542.08 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 10,275.00 | $ 111,542.08 |
| Operating Expenses | | |
|   Officer Compensation | $ 0.00 | $ 115,000.00 |
|   Selling, General and Administrative | 25,546.41 | 400,917.54 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): Misc. Adjustment | 0.00 | 696.73 |
|    | 0 | 0 |
| Total Operating Expenses | $ 25,546.41 | $ 516,614.27 |
| **Operating Income (Loss)** | $ -15,271.41 | $ -405,072.19 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | -9,045.84 | -43,084.42 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ -9,045.84 | $ -43,084.42 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 6,927.35 | $ 324,271.61 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 6,927.35 | $ 324,271.61 |
| **Net Income (Loss) Before Income Taxes** | $ -31,244.60 | $ -772,428.22 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ -31,244.60 | $ -772,428.22 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** PFG AspenWalk, LLC  **CASE NO:** 10-47089

# Form 2-E
# SUPPORTING SCHEDULES
**For Period:** 5/1/11 **to** 5/31/11

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | $ 0 | $ 0 | $ 0 | | | $ 0 |
| State | 0 | 0 | 0 | | | 0 |
| **FICA Tax Withheld** | 0 | 0 | 0 | | | 0 |
| **Employer's FICA Tax** | 0 | 0 | 0 | | | 0 |
| **Unemployment Tax** | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| **Sales, Use & Excise Taxes** | 0 | 0 | 0 | | | 0 |
| **Property Taxes** | 0 | 0 | 0 | | | 0 |
| **Accrued Income Tax:** | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| **TOTALS** | $ 0 | $ 0 | $ 0 | | | $ 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

**DEBTOR:** PFG AspenWalk, LLC     **CASE NO:** 10-47089

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: 5/1/10 to 5/31/11

## *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ - | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | $ - | | 0 |
| Other: | 0 | 0 | 0.00 | | 0 |
| Total | $ 0 | $ 0 | $ 0.00 | | $ 0 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

## *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Kenilworth Advisors | VP - Finance (T. Salmen) | Expense Reimbursement | $ 1,405.97 |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.*

**DEBTOR:** PFG AspenWalk, LLC   **CASE NO:** 10-47089

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:** 5/31/11

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | 2011 | 2925 | | 1079 | 03/01/11 |
| TOTAL 1st Quarter | | $ 2925 | $ | | |
| April | 2011 | $ 1625 | | 1114 | 4/27/11 |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 1625 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

**FEE SCHEDULE**

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999......... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more................... | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:** PFG AspenWalk, LLC           **CASE NO:** 10-47089

**Form 2-G**
# NARRATIVE
**For Period Ending   5/31/2011**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On May 10, 2011, the debtor filed its amended schedules D and F [Docket No. 92]. On the same day, the debtor filed its amended disclosure statement and amended plan of reorganization [Docket Nos. 93 and 94]. On May 12, 2011, the Court approved the disclosure statement and set the confirmation hearing date [Docket No. 98]. On May 13, 2011, the debtor filed its monthly operating report for the period ending April 30, 2011 [Docket No. 99]. On May 27, 2011, the debtor filed its notice of continued confirmation hearing [Docket No. 101]. On May 31, 2011, the debtor filed its notice of hearing and motion for order authorizing debtor to obtain debtor-in-possession financing [Docket No. 102].