# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| PFG AspenWalk, LLC, | Case No. 10-47089-RJK |
| Debtor. | |

## NOTICE OF CONTINUED HEARING

**TO:** The entity specified in Local Rule 9013-3

PLEASE TAKE NOTICE that a hearing on the Debtor's Amended Plan of Reorganization Dated May 10, 2011 [Docket No. 94], which was scheduled for hearing on July 27, 2011 at 10:30 a.m. [Docket No. 101] has been **continued to August 31, 2011 at 10:30 a.m.** This hearing will be held before the Honorable Robert J. Kressel in Courtroom 8 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: July 15, 2011
/e/ Lara O. Glaesman
Robert T. Kugler (#0194116)
Lara O. Glaesman (#0316866)
**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR THE DEBTOR**

7943267v2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

PFG AspenWalk, LLC,

       Debtor.

Chapter 11

Case No. 10-47089 (RJK)

## CERTIFICATE OF SERVICE

I, Aong Moua, declare, under penalty of perjury, that on July 15, 2011, I filed:

**NOTICE OF CONTINUED HEARING**

with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    **William Fisher;** william.fisher@gpmlaw.com
    **Timothy A. Fusco;** fusco@millercanfield.com
    **Mark J. Kalla**; mark.kalla@btlaw.com
    **Marc N Swanson;** swansonm@millercanfield.com
    **Michael Fadlovich**; michael.fadlovich@usdoj.gov
    **US Trustee**; ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by First Class Mail on the following parties:

GRAY PLANT MOOTY & BENNETT
ATTN: WILLIAM FISHER
LOCAL COUNSEL FOR BANK OF AMERICA
500 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

MILLER CANFIELD PADDOCK & STONE PLC
ATTN: TIMOTHY A. FUSCO
COUNSEL FOR BANK OF AMERICA
150 W. JEFFERSON AVENUE
SUITE 2500
DETROIT, MI 48226

7943267v2

| | |
|---|---|
| MILLER CANFIELD PADDOCK & STONE PLC<br>ATTN: MARC N. SWANSON<br>COUNSEL FOR BANK OF AMERICA<br>150 W. JEFFERSON AVENUE<br>SUITE 2500<br>DETROIT, MI 48226 | RAPID FUNDING, LLC<br>ATTN: NEIL B. DOUGHERTY<br>730 SEVENTEENTH STREET<br>SUITE 200<br>DENVER, CO 80202 |
| AMANDA SCHMITT<br>404 PARK AVENUE #1<br>ASPEN, CO 81611 | BANK OF AMERICA, N.A.<br>ATTN: RICHARD L. CARTER<br>2990 LAVA RIDGE CT, SUITE 120<br>ROSEVILLE, CA 95661 |
| ASPEN CUSTOM GLASS<br>601 RIO GRANDE PLACE, STE 119A<br>ASPEN, CO 81611 | BRITTANY BUFFALINO<br>404 PARK AVENUE #1<br>ASPEN, CO 81611 |
| ASPEN PITKIN HOUSING AUTHORITY<br>ATTN: TOM MCCABE, EXEC. DIR.<br>530 EAST MAIN STREET<br>ASPEN, CO 81611 | CAMERON LEONARD<br>404 PARK AVENUE #9<br>ASPEN, CO 81611 |
| REBECCA POLAN<br>404 PARK AVENUE #1<br>ASPEN, CO 81611 | CITY OF ASPEN<br>130 SOUTH GALENA STREET<br>ASPEN, CO 81611 |
| CLAYTON DAY<br>404 PARK AVENUE #2<br>ASPEN, CO 81611 | HOLY CROSS ENERGY<br>P.O. BOX 2150<br>3799 HWY 82<br>GLENWOOD SPRINGS, CO 81602 |
| INTEGRITY PLUMBING AND HEATING<br>218 CODY LANE<br>BASALT CO 81621 | JOAQUINN TARANGO<br>404 PARK AVENUE #5<br>ASPEN CO 81611 |
| JONATHAN RIVERS<br>404 PARK AVENUE #3<br>ASPEN, CO 81611 | JULIE COOK<br>404 PARK AVENUE #0<br>ASPEN, CO 81611 |
| LAURENCE MONJI<br>404 PARK AVENUE #6A<br>ASPEN, CO 81611 | LINDSAY FORSTER<br>404 PARK AVENUE #3<br>ASPEN, CO 81611 |

| | |
|---|---|
| MANUEL CORRIPIO NORIEGA<br>PO BOX 2565<br>ASPEN, CO 81612 | IRS DISTRICT COUNSEL<br>650 GALTIER PLAZA<br>380 JACKSON STREET<br>SAINT PAUL, MN 55101 |
| MINNESOTA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64447<br>SAINT PAUL, MN 55164-00447 | INTERNAL REVENUE SERVICE<br>STOP 5700<br>30 EAST SEVENTH STREET, #1222<br>SAINT PAUL, MN 55101-4940 |
| HONEYCOMB INTERNET SERVICES LLC<br>77 13TH AVE. NE SUITE 210<br>MINNEAPOLIS, MN 55413 | ROSA GONGORA<br>404 PARK AVENUE #10<br>ASPEN, CO 81611 |
| SHAUN HEALY<br>404 PARK AVENUE #12<br>ASPEN, CO 81611 | SOPRIS CONSULTING GROUP, LLC<br>C/O MARK J. KALLA<br>BARNES & THORNBURG LLP<br>225 SOUTH SIXTH STREET, SUITE 2800<br>MINNEAPOLIS, MN 55402 |
| SOPRIS CONSULTING GROUP, LLC<br>ATTN: PAUL LOTZER<br>5400 NORWOOD LANE<br>PLYMOUTH, MN 55442 | STAN CLAUSON ASSOCIATES, INC<br>ATTN: STAN CLAUSON<br>412 N MILL STREET<br>ASPEN, CO 81611 |
| TERMINIX<br>2907 D 1/2 ROAD<br>GRAND JUNCTION, CO 81504 | WASTE MANAGEMENT-CARBONDALE<br>PO BOX 78251<br>PHOENIX, AZ 85062 |
| IRS<br>CINCINNATI, OH 45999-0025 | UNITED STATES ATTORNEY<br>600 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 |
| SOURCE GAS<br>DISTRIBUTION LLC<br>P.O. BOX 13288<br>FAYETTEVILLE, AR 72703 | U.S. TRUSTEE OFFICE<br>ATTN: MICHAEL FADLOVICH<br>1015 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 |

| | |
|---|---|
| PFG ASPENWALK, LLC<br>3208 WEST LAKE STREET<br>PMB 5<br>MINNEAPOLIS, MN 55416 | THOMAS HAY<br>6 BADGER LANE<br>NORTH OAKS, MN 55127 |
| THOMAS KLASSEN<br>2100 PARKLANDS ROAD<br>ST. LOUIS PARK, MN 55416 | THOMAS SALMEN<br>1972 SHERIDAN AVE. S.<br>MINNEAPOLIS, MN 55405 |
| FALCON PARTNERS, LTD.<br>1623 HARVARD STREET<br>HOUSTON, TX 77008 | PATRICIA A. HAMM<br>2014 OAKLAND ROAD<br>MINNETONKA, MN 55305 |
| GRAHAM O. KING FAMILY, LLC<br>12128 S E BIRKDALE RUN<br>TEQUESTA, FL 33469 | JEDCO PROPERTIES, LLC<br>P.O. BOX 1467<br>RUSTON, LA 71273-1467 |
| MARY L. JEFFRIES<br>18767 BEARPATH TRAIL<br>EDEN PRAIRIE, MN 55347 | LANCER PARTNERS, LLC<br>5001 SPRING VALLEY RD. STE. 290W<br>DALLAS, TX 75244 |
| JANE K. MAUER<br>80 S. 8TH ST. #4542<br>MINNEAPOLIS, MN 55402 | MARK LAUMANN<br>7155 COUNTY ROAD 155<br>WACONIA, MN 55387 |
| ARK ROYAL ASPEN REALTY, LLC<br>1616 S. VOSS # 450<br>HOUSTON, TX 77057 | SUN INVESTMENTS, LLC<br>404 S. MISSISSIPPI RIVER BLVD<br>ST. PAUL, MN 55105 |
| BRIAN'S ROOTER & DRAIN SERVICE<br>P.O. BOX 343<br>SILT, CO 81652 | MANUAL RICO<br>C/O JOHN WERNING<br>229 MCSKIMMING ROAD<br>ASPEN, CO 81611 |
| MR. VAC<br>P.O. BOX 2006<br>GLENWOOD SPRINGS, CO 81602 | SCOTTY'S ELECTRIC<br>90 SAGEBRUSH<br>ASPEN, CO 81611 |
| SHERIDAN REAL ESTATE, LLC<br>P.O. BOX 7757<br>ASPEN, CO 81612 | SUSAN CROSS<br>242 GROVE COURT<br>ASPEN, CO 81611 |

Dated: July 15, 2011            */e/ Aong Moua*
                                    Aong Moua