# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

PFG ASPENWALK, LLC,

Chapter 11
Case No. 10-47089-RJK

Debtor.

## ORDER EXTENDING
## DEADLINE TO OBTAIN CONFIRMATION OF A PLAN

This case is before the court on the debtor's motion seeking an order authorizing the enlargement of the debtor's deadline to obtain confirmation of a plan. Based on the motion and the file,

**IT IS ORDERED:**

The deadline for the debtor to obtain confirmation of the plan is September 14, 2011. No additional extensions to this confirmation deadline will be granted.

Dated: July 27, 2011

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/27/2011*
Lori Vosejpka, Clerk, by LMH

8049381v1