**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In the Matter of: | Case No. 10-47089-RJK |
| PFG ASPENWALK, LLC, | Chapter 11 |
| Debtor. | Honorable Robert J. Kressel |
| _____ | |

## NOTICE OF CONTINUED HEARING

TO:    The Debtor and other entities specified in Local Rule 9006-1

      PLEASE TAKE NOTICE that the Motion for Relief From Stay which was scheduled for July 28, 2011 at 2:00 p.m., has been continued to **September 1, 2011 at 2:00 p.m**. before the Honorable Robert J. Kressel, in Courtroom 8W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: July 28, 2011

                      Respectfully submitted,
                      MILLER, CANFIELD, PADDOCK AND STONE, p.l.c.

                      By:      /s/ Timothy A. Fusco
                            Timothy A. Fusco (P13768)
                            Marc N. Swanson (P71149)
                            Ronald A. Spinner (P73198)
                            Attorneys for Secured Creditor Bank of America, N.A.
                            150 West Jefferson, Suite 2500
                            Detroit, MI 48226
                            (313) 963-6420
                            fusco@millercanfield.com

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By /s/ William J. Fisher
William J. Fisher, #167137
500 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
william.fisher@gpmlaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of: | Case No. 10-47089-RJK |
| PFG ASPENWALK, LLC, | Chapter 11 |
| Debtor. | Honorable Robert J. Kressel |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011 I caused the following:

Notice of Continued Hearing

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Adam D. Maier | Adam.maier@leonard.com |
| Lara O. Glaesman | Lara.glaesman@leonard.com |
| Robert T. Kugler | Robert.kugler@leonard.com |
| Marc N. Swanson | swansonm@millercanfield.com |
| Michael Fadlovich | Michael.fadlovich@usdoj.gov |
| U.S. Trustee | Ustpregion12.mn.ecf@usdoj.gov |
| Timothy A. Fusco | fusco@millercanfield.com |
| Adine S. Momoh | Adine.momoh@leonard.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:


Dated: July 28, 2011

GRAY, PLANT, MOOTY,
 MOOTY & BENNETT, P.A.


  /e/ William J. Fisher
William J. Fisher (MN# 167137)


GP:3018006 v1